1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   CITY AND COUNTY OF SAN FRANCISCO,        No   C-02-3688 VRW
     et al,                                        AND RELATED CASES
12
               Plaintiffs,                         ORDER
13
               v
14
     PG&E CORPORATION, et al,
15
               Defendants.
16   _____/

17

18          This matter is on remand from the Court of Appeals.  On

19   September 30, 2003, this court concluded, inter alia, that the

20   bankruptcy court erroneously remanded plaintiff's restitution claim

21   brought under Cal Bus & Prof § 17200, et seq, because it did not

22   fall within 28 USC § 1452(a)'s "police or regulatory power"

23   exception.  Doc #37.

24          On appeal of the September 30 order, the Court of Appeals

25   reversed, explaining "that the section 17200 state lawsuits filed

26   by the Attorney General and San Francisco constitute police or

27   regulatory power actions that cannot be removed to bankruptcy court

28   under 28 USC section 1452(a)."  City & County of San Francisco v

1   PG&E Corp, 433 F3d 1115, 1127 (9th Cir 2006).  As a result, the

2   Court of Appeals "reversed the judgment, with the direction to

3   remand the entire action to state court."  Id at 1128.

4           Accordingly, the court REMANDS this action to San

5   Francisco superior court.  The clerk is DIRECTED to close the file

6   and TERMINATE all motions.

7

8           IT IS SO ORDERED.

9

10  _____

11  VAUGHN R WALKER

12  United States District Chief Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California